IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:20-cv-01766-MN |
| | ) |
| MOUNTAIRE FARMS OF DELAWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice.

| THE POLIQUIN FIRM, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Ronald G. Poliquin* | */s/ Lauren E.M. Russell* |
| Ronald G. Poliquin, Esq. (Bar I.D. 4447) | Lauren E.M. Russell (Bar I.D. 5366) |
| 1475 S. Governors Avenue | Rodney Square |
| Dover, DE 19904 | 1000 North King Street |
| Telephone: (302) 702-5501 | Wilmington, Delaware 19801 |
| Email: ronpoliquin@gmail.com | Telephone: (302) 576-3255 |
| *Attorneys for Plaintiff* | Facsimile: (302) 576-3750 |
| | E-mail: lrussell@ycst.com |
| | *Attorneys for Defendant* |

Dated: May 9, 2022

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
The Honorable Maryellen Noreika
United States District Judge

29341686.1